DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL A. ST. GERMAIN** and **LUC G. ST. GERMAIN,** Co-Trustees of the
Roger W. St. Germain Living Trust u/a/d December 29, 2005, as
amended,
Appellants,

v.

**CONCETTA TARRO, PAMELA TARRO, MARCELLE Y. ST. GERMAIN,
MONIQUE D. ST. GERMAIN,** and **ROGER C. ST. GERMAIN,**
Appellees.

No. 4D2022-2257

[December 7, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Laura C. Burkhart, Judge; L.T. Case No.
502020CP001932XXXXSB.

Bernard A. Jackvony, Boca Raton, and Rebecca M. Murphy, Johnston,
Rhode Island, of Pannone Lopes Devereaux & O'Gara, LLC, for appellants.

R. Lee McElroy IV of Downey McElroy, P.A., Palm Beach Gardens, for
appellees Concetta Tarro and Pamela Tarro.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***